UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF
AMERICA,

        Plaintiff,

Case No. 16-12152
Hon. Mark A. Goldsmith

vs.

MOHAMED MAISARI

        Defendant.
_____/

**ORDER ACCEPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED JANUARY 27, 2017 (Dkt. 20); GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. 8); AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. 14)**

      This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Stephanie Dawkins Davis, issued on January 27, 2017 (Dkt. 20). In the R&R, the magistrate judge recommends that the Government's motion for summary judgment (Dkt. 8) be granted and that Defendant Mohamed Maisari's motion for summary judgment (Dkt. 14) be denied. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the magistrate judge reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. The Government's motion for summary judgment is granted, and Maisari's motion for summary judgment is denied. The Government shall submit a proposed judgment within seven days.

      SO ORDERED.

Dated: February 17, 2017　　　　　　　　　　　s/Mark A. Goldsmith
      Detroit, Michigan　　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 17, 2017.

                                            s/Karri Sandusky
                                            Case Manager